926

No. 274, Misc.   ODDO *v.* NEW YORK.   Court of Appeals of New York.   Certiorari denied.   Petitioner *pro se.* *Louis J. Lefkowitz,* Attorney General of New York, *Irving Galt,* Assistant Solicitor General, and *Sheldon Raab,* Deputy Assistant Attorney General, for respondent.

No. 312, Misc.   FLETCHER *v.* BETO, CORRECTIONS DIRECTOR.   Court of Criminal Appeals of Texas.   Certiorari denied.   Petitioner *pro se.*   *Will Wilson,* Attorney General of Texas, *Sam R. Wilson, Irwin R. Salmanson* and *Allo B. Crow,* Assistant Attorneys General, and *Henry Wade* for respondent.

No. 322, Misc.   BRAM *v.* UNITED STATES.   C. A. 8th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *J. F. Bishop* for the United States.

No. 326, Misc.   DeLEVAY *v.* NATIONAL SAVINGS & TRUST Co.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   Petitioner *pro se.*   *Arthur P. Drury, John M. Lynham, John E. Powell* and *Henry H. Paige* for respondent.

No. 343, Misc.   RUSSELL *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 536, Misc.   HUDGENS *v.* GLADDEN, WARDEN.   Supreme Court of Oregon.   Certiorari denied.